IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD CORTEZ LEE, #213823, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:09cv234-TMH |
| | )                 (WO) |
| J.C. GILES, WARDEN, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, and this action be and is hereby dismissed with prejudice.

Done this the 27th day of April 2009.

                      /s/ Truman M. Hobbs
                      _____
                      TRUMAN M. HOBBS
                      SENIOR UNITED STATES DISTRICT JUDGE